Filed: 6/13/2025 2:31 PM
Clerk
Lake County, Indiana

**INDIANA COMMERCIAL COURT**

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE SUPERIOR COURT |
| | ). SS: | |
| COUNTY OF LAKE | ) | SITTING AT HAMMOND, INDIANA |

| | | |
|---|---|---|
| RASHIDD DOUGLAS and DOUGLAS TRANSPORTATION SERVICES INC. PLAINTIFFS | ) | CAUSE NO.: 45D01-2504-CE-000021 |
| VS. | ) | |
| USA SERVICE AND TOWING LLC, 50 STAR TRANSPORT INC., PETER DJURIC, SONJA SABO-DJURIC, SLAVOKJA SABO, MILAN DJURIC, ZA TRUCKING, LLC DEFENDANTS | ) | REQUEST FOR JURY TRIAL<br>REQUEST FOR DECLARATORY JUDGMENT |

# VERIFIED AMENDED COMPLAINT FOR FINAL JUDGMENT FOR DAMAGES, AND/OR POSSESSION OF PERSONAL PROPERTY, AND DECLARATORY JUDGMENT

Comes now Plaintiffs, Rashidd Douglas and Douglas Transportation Services Inc. by counsel, Tracy A. Coleman, **COLEMAN LAW GROUP LLC** and for their Amended Complaint against Defendants, USA Service and Towing LLC ("USA Service"), 50 Star Transport Inc. ("50 Star"), Peter Djuric ("Peter Djuric"), Sonja Sabo-Djuric ("Sonja Djuric") and Milan Djuric ("Milan Djuric") states as follows:

## PARTIES

1. **Rashidd Douglas** ("Mr. Douglas") is a truck driver and the owner of Douglas Transportation Services Inc.

2. That **Douglas Transportation Services Inc.** ("Douglas Transportation") is the owner of 2019 Freightliner CO – VIN 3AKJHHDR9KSKH5753.

3. **USA Service and Towing LLC**, is a Foreign Limited Liability Company with its principal office in Sheridan, Wyoming, has a business address at 6800 West 9th Avenue,

Gary, Indiana 46406 and can be served by its registered agent who is listed as: REGISTERED AGENTS INC., 5534 Saint Joe Road, Fort Wayne, IN 46835.

4. **50 Star Transport Inc**. is a Domestic For-Profit Corporation and can be served by its registered agent who is listed as: REGISTERED AGENTS SOLUTIONS, INC., 6018 N. Keystone Avenue, Indianapolis, IN 46220.

5. **Peter Djuric** is the President, Secretary and Incorporator of 50 Star Transport Inc., and is listed with an address of 6800 W. 9th Avenue Gary, IN 46406 and 9012 Mathews Street, Crown Point, Indiana.

6. **Sonja Sabo-Djuric** is the Vice-President and Treasurer of 50 Star Transport Inc., and is listed with an address of 8167 Durbin Terrace, Crown Point, IN 46307 and Sonja Sabo-Djuric is a Member of ZA Trucking LLC and can be served at her address of 9219 Indianapolis Blvd., Suite B110, Highland, Indiana 46322.

7. **Slavokja Sabo** is a Member of ZA Trucking LLC and can be served at his address of 9219 Indianapolis Blvd., Suite B 110, Highland, IN 46322.

8. **Milan Djuric,** is the president and incorporator of USA Service and Towing LLC and can be served at his address of 9012 Mathews Street, Crown Point, Indiana 46307.

9. **ZA Trucking, LLC,** is a Domestic Liability Company and can be served by its Registered Agent who is Business Commercial Registered Agent, 5534 Saint Joe Road, Fort Wayne, IN 46385 or its attorney of record.

**JURISDICTION**

10. That the Indiana Commercial Court has jurisdiction in this matter.

11. That Defendants are conducting business in Indiana.

12. That the incident complained of when Mr. Douglas and Douglas Transportation were not able to retrieve Douglas Truck occurred in Gary, Indiana at the location of 6900 West 9th Avenue, Gary, Indiana.
13. That Indiana has subject matter jurisdiction over the issues which occurred.
14. That there is no other state which has subject matter jurisdiction regarding the issues alleged in Mr. Douglas and Douglas Transportation's Amended Complaint

**FACTS**

15. Rashidd Douglas is a truck driver.
16. That Rashidd Douglas also owns and operates Douglas Transportation Services Inc.
17. That Freightliner CO – VIN 3AKJHHDR9KSKH5753 ("Douglas Truck") is owned by Douglas Transportation Services Inc., 15906 Walden Avenue, Cleveland, Ohio 44128. (Exhibit 1).
18. That at all times relevant, Rashidd Douglas used Douglas Truck to operate his business and generate income.
19. There came a time when Douglas Truck needed repairs.
20. On or about October 31, 2024 went to ZA Trucking to ask questions about his truck.
21. That the address Mr. Douglas went to ask about his check was 6900 West 9th Avenue, Gary, Indiana.
22. That there was a discrepancy in Mr. Douglas's check where it was short around $10,000.00.
23. That USA Service Towing is also located at 6900 West 9th Avenue, Gary, Indiana.
24. That Mr. Douglas became a truck drive in 2022.
25. That Defendant USA Service agreed to do the repairs for Douglas Truck.

26. That the location which Mr. Douglas took Douglas Truck was USA Service and Towing LLC which is located at 6800 West 9th Avenue, Gary, Indiana.

27. That the repairs done by Defendant USA Service on Douglas Truck amounted to approximately Six Thousand Four Hundred Two Dollars ($6,402) to repair Douglas Truck. (Exhibit 2)

28. That Douglas Truck was purchased for $71,950 by Mr. Douglas and Douglas Transportation. (Exhibit 1).

29. Douglas Truck was owned by Douglas Transportation Services Inc. and operated by Rashidd Douglas. (Exhibit 1).

30. That at the time Douglas Truck needed the repairs, Mr. Douglas worked for ZA Trucking LLC.

31. That pursuant to a Repayment and Collateral Agreement dated on or about July 11, 2024, Mr. Rashidd Douglas agreed that Defendant ZA Trucking would withhold $1,000 per week from Mr. Douglas and Douglas Transportation and pay those amounts to USA Service and Towing LLC to pay off the amount owed of $6,402. (Exhibit 2)

32. That ZA Trucking took out monies from Rashidd Douglas and Douglas Transportation for payment of the repairs done by USA Service as follows:

| STATEMENT NUMBER | DATE | AMOUNTS WITHHELD BY ZA TRUCKING TO PAY TO USA SERVICE TOWING | | EXHIBIT |
|---|---|---|---|---|
| 2489 | 10-25-2024 | 8-31-24 | 1,000 | 3 |
| 2489 | 10-25-2024 | 9-24-2024 | 189.75 | 3 |
| 2200 | 10-18-2024 | 8-31-2024 | 1,000 | 4 |

| | | | | |
|---|---|---|---|---|
| 2090 | 9-6-2024 | 8-31-24 | 1,000 | 5 |
| 1941 | 8-23-2024 | 8-20-24 | 1,000 | 6 |
| 1882 | 8-16-2024 | 8-16-2024 | 1,000 | 7 |
| | | | 5,189.75 | |

33. That ZA Trucking paid USA Service as deduction from the checks of Rashidd Douglas and Douglas Transportation a total of at least $5,189.75 for the repairs if not more.
34. That the balance left of the Six Thousand Four Hundred Two Dollars ($6,402) after the payment by ZA Trucking sent to USA Service of Five Thousand One Hundred Eight-Nine Dollars and Seventy-Five Cents ($5,189.75) was (One Thousand Two Hundred Twelve Dollars and Twenty-Five Cents) $1,212.25. (Exhibit 3, Exhibit 4, Exhibit 5, Exhibit 6, Exhibit 7)
35. That on or about October 31, 2024, Mr. Douglas went to ZA Trucking LLC which operates out of 6900 West 9th Avenue, Gary, Indiana to ask questions about his check due to discrepancies where he was not being paid properly.
36. That ZA Trucking LLC shares the same location of USA Service.
37. That while trying to determine the discrepancies with his check, his vehicle was taken by USA Service and its agents and Defendants refused to release Douglas Truck.
38. Defendants told Mr. Douglas that he owed over $8,000 on the truck which Mr. Douglas disputed.
39. That when Mr. Douglas attempted to pay $3,500 to get the Douglas Truck, since Defendants would not give him the proper amount, Defendants would not accept any payment from Mr. Douglas no matter what the amount was.

40. That Mr. Douglas was trying to pay the $3,500 even though Defendants had him under duress by the illegal possession of the Douglas Truck.
41. That Mr. Douglas contacted the Gary Police Department due to Douglas Truck being illegally held by Defendants.
42. The Gary police tried to intervene and ask that Defendants provide Mr. Douglas with the amount owed so that Mr. Douglas could pay, but Defendants would not provide the amount Mr. Douglas needed to pay and Defendants would not accept any money from Mr. Douglas for the release of Douglas truck.
43. That on October 31, 2024, the officers of the Gary police department took Mr. Douglas to the Courthouse so that Mr. Douglas could file a lawsuit against Defendants.
44. That Defendants did not serve Mr. Douglas or Douglas Trucking with any type of mechanics lien.
45. That Defendants did a mechanics lien which only listed USA Service.
46. That shortly after October 31, 2024, Defendants sold the Douglas Truck.
47. That on or about July 14, 2024, Defendants illegally obtained a certificate of title for the Truck which is owned by Mr. Douglas and Douglas Transportation to be titled in the name of 50 Star Transport Inc.
48. That Mr. Douglas and Douglas Transportation did not authorize transfer of Douglas Truck to 50 Star Transport Inc.
49. That Peter Djuric is the president, secretary and incorporator of 50 Star Transport Inc.
50. That Sonja Sabo-Djuric is the Vice-President and Treasurer of 50 Star Transport Inc.

51. That even though Defendants did not provide Mr. Douglas a payoff amount, the value owed for any service done if the total of $6,402 – the payments made of $5,189.75 left a balance of One Thousand Two Hundred Twelve Dollars and Twenty-Five Cents.

| STATEMENT NUMBER | DATE | AMOUNTS WITHHELD BY ZA TRUCKING TO PAY TO USA SERVICE TOWING | | EXHIBIT |
|---|---|---|---|---|
| 2489 | 10-25-2024 | 8-31-24 | 1,000 | 3 |
| 2489 | 10-25-2024 | 9-24-2024 | 189.75 | |
| 2200 | 10-18-2024 | 8-31-2024 | 1000 | 4 |
| 2090 | 9-6-2024 | 8-31-24 | 1000 | 5 |
| 1941 | 8-23-2024 | 8-20-24 | 1000 | 6 |
| 1882 | 8-16-2024 | 8-16-2024 | 1,000 | 7 |
| | | | 5,189.75 | |

52. That the truck was purchased for Seventy Thousand Nine Hundred Fifty Dollars ($71,950).

53. That it is unjust and unconscionable for Defendants to collect thousands of dollars by illegally taking the Douglas Truck.

54. That USA Service illegally foreclosed on a mechanic's lien when there was no basis to foreclose on a mechanic's lien.

55. That USA Service would not accept any payment from Mr. Douglas and Douglas Transportation to keep the Douglas Truck

56. That USA illegally foreclosed on a mechanic's lien when the mechanic's lien did not provide proper notice to Mr. Douglas and Douglas Transportation.

57. That Mr. Douglas is owed a total of the loss revenue for his building, the value of the truck, attorney fees and all damages determined to be fair and just in this matter.

**COUNT I - REPLEVIN**

58. For Count I of its Complaint against USA, Plaintiffs incorporates and restates the allegations contained in
59. Mr. Douglas is entitled to possession of the Douglas Truck.
60. USA Service does not hold a valid mechanic's lien on the Douglas Truck.
61. The Mechanic's Lien Sale Statute provides that a "person that performs labor, furnishes materials, or storage, or does repair work on a vehicle at the request of the owner of the vehicle has a mechanic's lien on the vehicle for the reasonable value of the charges for the labor, materials, storage, or repairs."
62. That USA Service is not entitled to any of the fees it has claimed.
63. USA Service's purported mechanic's liens are, accordingly, void.
64. The Douglas Truck was illegally taken and illegally sold.
65. The Douglas Truck has not been taken for a tax, assessment or fine, pursuant to statute, or seized under an execution or attachment against the property of Mr. Douglas and Douglas Transportation and/or if so, Mr. Douglas and Douglas Transportation are exempt from such attachment or seizure.

**WHEREFORE**, Mr. Douglas prays for judgment against USA on Count I of its Complaint as follows:

A. For a judgment against USA for possession of the truck.
B. For a final order of possession of the truck and all interests of USA and directing USA to surrender possession of the truck to Mr. Douglas

C. For an order directing the Sheriff of Lake County, Indiana or the Sheriff of any other county where the Truck is located to deliver the Truck to Mr. Douglas and Douglas Transportation.

D. That in the event that Defendants fails to immediately to do so, an order authorizing the Lake County Sheriff to seize the truck and return it to Mr. Douglas and Douglas Transportation.

E. That in the event that the truck cannot be recovered, order Defendants to pay the replacement value of the truck to Mr. Douglas and Douglas Transportation.

F. The Court award costs and attorney fees for this action.

**COUNT II – DECLARATORY JUDGMENT**

66. For Count II of its Complaint against Defendants, Mr. Douglas and Douglas Transportation incorporates and restates the allegations contained in the preceding paragraphs and further states as follows:

67. As set forth above, Defendants' purported mechanic's liens are void.

68. Pursuant to the Indiana Declaratory Judgment Act, Indiana Code section 34-14-1-1 et seq., Mr. Douglas and Douglas Transportation requests that the Court enter judgment declaring that:

A. Defendants hold no interest in the Truck;

B. Defendants holds no valid or enforceable mechanic's liens on the Truck; and

C. Mr. Douglas and Douglas Transportation is entitled to repossess the Truck

**WHEREFORE**, Mr. Douglas and Douglas Transportation respectfully requests that a declaratory judgment be entered in its favor on Count II of the complaint against Defendants as

set forth above, and that Mr. Douglas and Douglas Transportation be granted all other just and proper relief.

**COUNT III - CONVERSION**

69. Four Count III of its Complaint against Defendants, Mr. Douglas and Douglas Transportation incorporates and restates the allegations in the preceding paragraphs, and further states as follows:

70. Defendants are knowingly and intentionally exerting unauthorized control over the Truck which is the property of Mr. Douglas and Douglas Transportation.

71. As a result of Defendants' conversion of the Truck, Mr. Douglas and Douglas Transportation has suffered actual losses or injuries.

72. That pursuant to Indiana Code section 34-24-3-1, Mr. Douglas and Douglas Transportation is entitled to damages equal to three times the amount of its actual damages, reasonable attorney's fees, interests, and the costs of this action.

**WHEREFORE**, Plaintiffs respectfully requests that the Court enter judgment in its favor against Defendants in an amount to be determined at trial, including actual damages, treble damages pursuant to Indiana Code section 34-24-3-1, reasonable attorney's fees, interest, and the costs of this action and for all other just and proper relief.

**COUNT IV – CIVIL CONSPIRACY**

73. For Count IV of its Complaint against Defendants, Mr. Douglas and Douglas Transportation incorporates and restates the allegations contained in the proceeding paragraphs and further states as follows:

74. USA Service and Towing LLC, 50 Star Transport Inc., Peter Djuric, Sonja Sabo-Djuric Milan Djuric and ZA Trucking LLC have engaged and/or are engaging in a concerted

action to accomplish an unlawful purpose, or to accomplish some lawful purpose by unlawful means, including, but not limited to, the acts, omissions or torts described in this Amended Complaint regarding USA Service's refusal to deliver or release the Douglas Truck to Mr. Douglas and Douglas Transportation and the actions of USA Service to foreclose on an invalid mechanic's lien.

75. USA Service and Towing LLC, 50 Star Transport Inc., Peter Djuric, Sonja Sabo-Djuric, Milan Djuric and ZA Trucking had a meeting of the minds on the object of this course of action, and at least one member of each conspiracy committed at least one unlawful, overt act to further the object or course of action.

76. As a direct, proximate, foreseeable and consequential result of USA Service and Towing LLC, 50 Star Transport Inc., Peter Djuric, Sonja Sabo-Djuric, Milan Djuric and ZA Trucking's civil conspiracy, Mr. Douglas and Douglas Transportation have suffered and continue to suffer substantial damages entitling it to an award of damages as permitted by applicable law including, but not limited to, compensatory damages, punitive damages, prejudgment and post judgment interest, reasonable attorney's fees, and the costs of this action.

**WHEREFORE**, Mr. Douglas and Douglas Transportation respectfully request that the Court enter judgment in its favor against, USA Service and Towing LLC, 50 Star Transport Inc., Peter Djuric, Sonja Sabo-Djuric, Milan Djuric and ZA Trucking jointly and severally, in an amount to be determined at trial, including compensatory damages, punitive damages, prejudgment and post judgment interest, reasonable attorney's fees, and the costs of this action, and for all other just and proper relief.

I swear or affirm that the above statements are true and correct to the best of my knowledge and belief.

/S/ Rashiid Douglas
Rashidd Douglas

Respectfully submitted,
/s/ Tracy A. Coleman
Tracy A. Coleman, 19733-45
COLEMAN LAW GROUP LLC
P.O. BOX 641262
GARY, IN 46401
219-689-8589

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was served upon the parties of record via the Clerk's electronic notification system.

/s/ Tracy A. Coleman
Tracy A. Coleman