**INDIANA COMMERCIAL COURT**

STATE OF INDIANA ) IN THE LAKE SUPERIOR COURT
) SS:
COUNTY OF LAKE ) SITTING AT HAMMOND, INDIANA

RASHIDD DOUGLAS and DOUGLAS )
TRANSPORTATION SERVICES INC. ) CAUSE NO.: 45D01-2504-CE-000021
PLAINTIFFS )
VS. )
USA SERVICE AND TOWING LLC, 50 ) REQUEST FOR JURY TRIAL
STAR TRANSPORT INC., PETER ) REQUEST FOR DECLARATORY
DJURIC, SONJA SABO-DJURIC, ) JUDGMENT
SLAVOKJA SABO, MILAN DJURIC, )
ZA TRUCKING, LLC )
DEFENDANTS )

Filed in Open Court
April 10, 2026
CLERK LAKE SUPERIOR COURT
MW

**JUDGMENT AGAINST DEFENDANTS PETER DJURIC, ZA TRUCKING LLC AND USA SERVICE AND TOWING LLC**

This matter comes before the Court on April 9, 2026 for a damages hearing for Plaintiff Douglas Transportation Services Inc. against Defendants Peter Djuric personally, ZA Trucking LLC and USA Service and Towing LLC. Douglas Transportation Services Inc. appears in person and by counsel, Tracy A. Coleman, COLEMAN LAW GROUP LLC and by its owner, Ronda Leggett. ZA Trucking LLC, Peter Djuric and USA Service and Towing LLC fail to appear. Ronda Leggett is sworn and the Court hears evidence. The Court being duly advised hereby finds and orders:

1. Plaintiff Douglas Transportation Services Inc. request for damages is granted.
2. The Court enters judgment against USA Service and Towing LLC, Peter Djuric personally and ZA Trucking LLC in the amount of Five Hundred Fifty-One Thousand Forty Dollars and Seventy-Two Cents ($551,040.72).

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED**, that Plaintiff Douglas Transportation Services Inc. is awarded damages in the amount of Five Hundred Fifty-One Thousand Forty Dollars and Seventy-Two Cents ($551,040.72) against USA Service and Towing LLC, Peter Djuric personally and ZA Trucking LLC.

So ordered this ___________ day of **April 10, 2026**.

JUDGE JOHN M. SEDIA