**BUSINESS INFORMATION**
DIEGO MORALES
INDIANA SECRETARY OF STATE
07/17/2026 10:09 AM

| | | | |
|---|---|---|---|
| Business Name: | **ZA TRUCKING LLC** | Business ID: | **202410091830614** |
| Entity Type: | **Domestic Limited Liability Company** | Business Status: | **Active** |
| Creation Date: | **10/09/2024** | Inactive Date: | |
| Principal Office Address: | **9219 INDIANAPOLIS BLVD SUITE B, Highland, IN, 48842, USA** | Expiration Date: | **Perpetual** |
| Jurisdiction of Formation: | **Indiana** | Business Entity Report Due Date: | **10/31/2026** |
| | | Years Due: | |

| Title | Name | Address |
|---|---|---|
| Member | Sonja Sabo-Djuric | 9219 Indianapolis Blvd b100, Highland, IN, 46322, USA |

Type: **Business Commercial Registered Agent**
Name: **REGISTERED AGENTS INC**
Address: **5534 Saint Joe Road, Fort Wayne, IN, 46835, USA**